DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RAFAL OFIERSKI State Bar #194798
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415)554-4244
Facsimile:      (415)554-4248
E-Mail:          rafal.ofierski@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
P.O. Box 15083
San Francisco, California 94115
Telephone:     (415) 346-8015
Facsimile:      (415) 346-8238

Attorneys for Plaintiff
CHARLES N. JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES N. JOHNSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO EMPLOYEE RETIREMENT SYSTEM; SAN FRANCISCO FIRE DEPARTMENT; AND DOES 1 THROUGH 25,<br><br>　　Defendants. | Case No. CV-11-5081EMC<br><br>**STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-11, Defendant City and County of San Francisco and Plaintiff Charles Johnson hereby respectfully request that the Court continue the initial case management conference from April 27 to June 1, 2012.

1. Plaintiff filed this action in October 2011 and served the complaint on the City on April 4, 2012. The undersigned counsel for the City was assigned the case on April 18, 2012, and the City filed its answer to the complaint on April 23, 2012.

2. Because it received the complaint less than three weeks ago, the City has not had an adequate opportunity to review the case and, thus, meet and confer with Plaintiff and participate meaningfully in the case management conference currently set for April 27, 2012. The City and Plaintiff believe that continuing the case management to June 1, 2012, would allow both parties sufficient time to prepare a joint case management conference statement and otherwise prepare for the conference.

Dated: April 24, 2012

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
RAFAL OFIERSKI
Deputy City Attorney

By: /s/ Rafal Ofierski
    RAFAL OFIERSKI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER

By: /s/ Curtis G. Oler
    CURTIS G. OLER

Attorneys for Plaintiff
CHARLES N. JOHNSON

1 **[PROPOSED] ORDER**

2 Based on the parties' joint stipulated motion for administrative relief, and for good cause, the

3 Court hereby continues the initial case management conference from April 27 to June 1, 2012.

4 A joint CMC statement shall be filed by May 25, 2012.



LAUREL BEELER EDWARD M. CHEN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Stip. Motion to Continue CMC;  3  n:\labor\li2012\121085\00769427.doc
Case No.   CV-11-5081EMC