1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  RAFAL OFIERSKI State Bar #194798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415)554-4244
6  Facsimile:     (415)554-4248
   E-Mail:        rafal.ofierski@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  CURTIS G. OLER, State Bar #63689
   LAW OFFICES OF CURTIS G. OLER
10 P.O. Box 15083
   San Francisco, California 94115
11 Telephone:     (415) 346-8015
   Facsimile:     (415) 346-8238
12
   Attorneys for Plaintiff
13 CHARLES N. JOHNSON

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17 | CHARLES N. JOHNSON,                           | Case No. CV-11-5081EMC
   |
18 |     Plaintiff,                                | **STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**
   |
19 |     vs.                                       |
   |
20 | CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO EMPLOYEE RETIREMENT SYSTEM; SAN FRANCISCO FIRE DEPARTMENT; AND DOES 1 THROUGH 25,  |
21
22
23 |     Defendants.                               |

24
25
26
27
28

Stip. Motion to Continue CMC;                  1                    n:\labor\li2012\121085\00769427.doc
Case No.   CV-11-5081EMC

Pursuant to Civil Local Rule 7-11, Defendant City and County of San Francisco and Plaintiff Charles Johnson hereby respectfully request that the Court continue the initial case management conference from April 27 to June 1, 2012.

1. Plaintiff filed this action in October 2011 and served the complaint on the City on April 4, 2012. The undersigned counsel for the City was assigned the case on April 18, 2012, and the City filed its answer to the complaint on April 23, 2012.

2. Because it received the complaint less than three weeks ago, the City has not had an adequate opportunity to review the case and, thus, meet and confer with Plaintiff and participate meaningfully in the case management conference currently set for April 27, 2012. The City and Plaintiff believe that continuing the case management to June 1, 2012, would allow both parties sufficient time to prepare a joint case management conference statement and otherwise prepare for the conference.

Dated: April 24, 2012

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH S. SALVESON
        Chief Labor Attorney
        RAFAL OFIERSKI
        Deputy City Attorney

        By:   /s/ Rafal Ofierski
                RAFAL OFIERSKI

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

        CURTIS G. OLER
        LAW OFFICES OF CURTIS G. OLER

        By:   /s/ Curtis G. Oler
                CURTIS G. OLER

        Attorneys for Plaintiff
        CHARLES N. JOHNSON

1 **[PROPOSED] ORDER**

2    Based on the parties' joint stipulated motion for administrative relief, and for good cause, the

3 Court hereby continues the initial case management conference from April 27 to June 1, 2012.

4 A joint CMC statement shall be filed by May 25, 2012.



LAUREL BEELER / EDWARD M. CHEN
MAGISTRATE / DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Stip. Motion to Continue CMC;                3                n:\labor\li2012\121085\00769427.doc
Case No.   CV-11-5081EMC