| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 3 | RAFAL OFIERSKI State Bar #194798 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:    (415)554-4244 |
| 6 | Facsimile:     (415)554-4248 |
|   | E-Mail:         rafal.ofierski@sfgov.org |
| 7 | |
|   | Attorneys for Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |
| 9 | CURTIS G. OLER, State Bar #63689 |
|   | LAW OFFICES OF CURTIS G. OLER |
| 10 | P.O. Box 15083 |
|   | San Francisco, California 94115 |
| 11 | Telephone:    (415) 346-8015 |
|   | Facsimile:     (415) 346-8238 |
| 12 | |
|   | Attorneys for Plaintiff |
| 13 | CHARLES N. JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES N. JOHNSON, | Case No. CV-11-5081EMC |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE FOR COMPLETING EARLY NEUTRAL EVALUATION**  ; ORDER RESETTING CMC |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO EMPLOYEE RETIREMENT SYSTEM; SAN FRANCISCO FIRE DEPARTMENT; AND DOES 1 THROUGH 25, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 7-12, Defendant City and County of San Francisco and Plaintiff Charles Johnson hereby respectfully request that the Court continue for 60 days the current deadline for completing Early Neutral Evaluation. In support of their request, the parties stipulate as follows:

  1. Plaintiff filed this action in October 2011 and served the complaint on the City on April 4, 2012. The Court held an initial case management conference on June 1, 2012. At the conference, the Court referred the case for Early Neutral Evaluation and directed the parties to complete the Evaluation within 90 days, or August 31, 2012.

  2. The Court's ADR Program Administrator appointed an evaluator on August 2. After Plaintiff objected to the appointment, the Administrator appointed another evaluator on August 8. The Administrator suggested, and the parties agree, that ENE reasonably cannot be completed within the approximately three weeks that remain before the current ENE deadline expires. The parties believe that an extension of 60 days will be sufficient.

Dated: August 13, 2012

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
RAFAL OFIERSKI
Deputy City Attorney


By:   /s/ Rafal Ofierski
         RAFAL OFIERSKI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER


By:   /s/ Curtis G. Oler
         CURTIS G. OLER

Attorneys for Plaintiff
CHARLES N. JOHNSON

1  **[PROPOSED] ORDER**

2  Based on the parties' stipulation, and for good cause, the Court hereby extends the deadline for

3  completing Early Neutral Evaluation of this matter by 60 days, from August 31 to October 31, 2012.
The further CMC is reset from 9/7/12 to 11/9/12 at 10:30 a.m.  An updated joint CMC statement is due 11/2/12.
4  SO ORDERED.



_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen