CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone: 415 346-8015
Facsimile: 415 346-8238
Attorney for Plaintiff
  Charles N. Johnson

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES N. JOHNSON, ) | NO. CV 11-05081 EMC |
| Plaintiff, ) | STIPULATION FOR ORDER ALLOWING AMENDMENT OF COMPLAINT ; ORDER |
| vs. ) | |
| CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO EMPLOYEE RETIREMENT SYSTEM; SAN FRANCISCO FIRE DEPARTMENT; AND DOES 1 THROUGH 25, ) | |
| Defendants. ) | |

WHEREAS, the within Complaint for Declaratory Relief, Injunctive Relief and Damages was filed herein on October 17, 2011;

WHEREAS, Defendant City and County of San Francisco duly answered same on April 23, 2012;

WHEREAS, said matter was referred to Early Neutral Evaluation; and

WHEREAS, during telephone conference re: Early Neutral Evaluation, after extensive discussion, the parties determined that an amendment to said complaint is necessary and appropriate to clarify claims being asserted and to avoid a waste of this Court's time and resources.

1   THE PARTIES HEREBY STIPULATE THAT accordingly Plaintiff may file a First
2   Amended Complaint herein to more precisely state claims presented in this action.
3   Dated: August 29, 2012

        /S/ Curtis G. Oler_____
        CURTIS G. OLER
        Attorney for Plaintiff

6   Dated: August 29, 2012

        /s/ Rafal Ofierski_____
        RAFAL OFIERSKI
        Deputy City Attorney

[~~PROPOS~~ED] ORDER ALLOWING

FILING OF A FIRST AMENDED COMPLAINT

Pursuant to the foregoing stipulation of the parties herein, Plaintiff shall have ten days to file a First Amended Complaint herein.

IT IS SO ORDERED:

Dated: August 31, 2012

_____
EDWARD M. CHEN
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

Stipulation to Amend Complaint

2