1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile:  415 346-8238
4  Attorney for Plaintiff
     Charles N. Johnson

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES N. JOHNSON,  )<br>           )<br>   Plaintiff,  )<br>           )<br>   vs.  )<br>           )<br>CITY AND COUNTY OF SAN  )<br>FRANCISCO; CITY AND COUNTY OF  )<br>SAN FRANCISCO EMPLOYEE  )<br>RETIREMENT SYSTEM; SAN  )<br>FRANCISCO FIRE DEPARTMENT;  )<br>AND DOES 1 THROUGH 25,  )<br>           )<br>   Defendants.  )<br>_____) | NO.  CV 11-05081 EMC<br><br>STIPULATION FOR ORDER<br>ALLOWING AMENDMENT<br>OF COMPLAINT   ; ORDER |

   WHEREAS, the within Complaint for Declaratory Relief, Injunctive Relief and Damages was filed herein on October 17, 2011;

   WHEREAS, Defendant City and County of San Francisco duly answered same on April 23, 2012;

   WHEREAS, said matter was referred to Early Neutral Evaluation; and

   WHEREAS, during telephone conference re: Early Neutral Evaluation, after extensive discussion, the parties determined that an amendment to said complaint is necessary and appropriate to clarify claims being asserted and to avoid a waste of this Court's time and resources.

1  THE PARTIES HEREBY STIPULATE THAT accordingly Plaintiff may file a First
2  Amended Complaint herein to more precisely state claims presented in this action.
3  Dated: August 29, 2012

    /S/ Curtis G. Oler_____
    CURTIS G. OLER
    Attorney for Plaintiff

6  Dated: August 29, 2012

    /s/ Rafal Ofierski_____
    RAFAL OFIERSKI
    Deputy City Attorney

10          [PROPOSED] ORDER ALLOWING
11          FILING OF A FIRST AMENDED COMPLAINT
12  Pursuant to the foregoing stipulation of the parties herein, Plaintiff shall have ten days to
13  file a First Amended Complaint herein.
14  IT IS SO ORDERED:
15  Dated: August 31, 2012

    _____
    EDWARD M. CHEN
    United States District Court

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Stipulation to Amend Complaint

2